NICHOLAS M. WAJDA (State Bar #259178)
nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

NATAHAN C. VOLHEIM (Admitted Pro Hac Vice)
nvolheim@sulaimanlaw.com
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 568-3056
Facsimile: (630) 575-8188

JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
MARGARET T. CARDASIS (SBN 322167)
mcardasis@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone:  (415) 283-1000
Facsimile:   (415) 352-2625

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LASHONDA T. COLLINS,<br><br>                Plaintiff,<br><br>        v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                Defendant. | Case No. C 3:18-cv-07642-JSC<br><br>**PROPOSED ORDER** |

### CASE MANAGEMENT ORDER

The  JOINT CASE MANAGEMENT STATEMENT is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

1

1
2   IT IS SO ORDERED.
3      Dated: _____
4                              UNITED STATES DISTRICT/MAGISTRATE
                                              JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28